_____

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | |
|---|---|
| Case No. 8:17-cv-01630-JLS-KES | Date: October 11, 2017 |
| Title: Balboa Capital Corporation v. Imran Transitions MHT, LLC et al | |

Present: **HONORABLE JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

| Terry Guerrero | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| Not Present | Not Present |

**Proceedings:** (In Chambers) **ORDER TO SHOW CAUSE ("OSC") RE CONSOLIDATION**

    The parties are ordered to show cause why this case should not be consolidated with the related cases. (*See* 8:17-cv-01072 JLS (KESx), Docs. 23 & 18.) Any response to this OSC shall be filed no later than fourteen days of the entry of this Order. If the parties file no response, the Court will order that the present case to be consolidated with the related cases for pretrial purposes. *See* Fed. R. Civ. P. 42(a).

    **IT IS SO ORDERED.**

                                                                                                        Initials of Preparer: tg